UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dieuselhomme CAMBRONNE, Petitioner, v. Christopher LaROSE, Respondent. | Case No.: 26-cv-5181-AGS-JAC **ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING** |

Petitioner Dieuselhomme Cambronne seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. Respondents "do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 4, at 3.) The Court thus **GRANTS** the petition and orders that petitioner receive such a hearing by October 5, 2026.

Upon the petitioner's request for a continuance, the immigration judge may grant reasonable extensions of that deadline. In addition, within seven days of that hearing, the parties must submit a status update on the immigration judge's ruling. The status update must include a copy of the immigration judge's order. All other deadlines and hearings are vacated. The Clerk must issue a judgment and close this case.

Dated: September 21, 2026

Hon. Andrew G. Schopler
United States District Judge